# Court of Appeals
# of the State of Georgia

ATLANTA,   December 19, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0383. ANTHONY K. REESE v. R. H. TIPPINS, EVANS COUNTY SHERIFF.**

On August 1, 2014, the trial court granted Sheriff R. H. Tippins's motion to dismiss the petition for mandamus filed by Anthony K. Reese. Reese filed this appeal. The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,   12/19/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*